# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **MATTRESS FIRM, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **5:06-CV-244 (WDO)** |
| | : | |
| **THE BED FIRM, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

This matter was filed on July 21, 2006. However, there has been no activity in the case since the filing of the Complaint. Plaintiff is therefore ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute. Plaintiff shall show cause within 10 days of the date of this order, failing which the matter will be dismissed with prejudice.

**SO ORDERED this 24th day of October, 2006.**


**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**